## CERTIFICATE OF SERVICE

I, Gini L. Downing _____ (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Ferring Pharmaceuticals Inc.
4 Gatehall Drive, 3rd Floor
Parsippany, NJ 07054

Ferring Pharmaceuticals Inc.
Attn: Stacey Antar, General Counsel
4 Gatehall Drive, 3rd Floor
Parsippany, NJ 07054

Joseph N. Argentina Jr., Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Ferring Pharmaceuticals Inc
Attn: Stacey Antar, General Counsel
100 Interpace Parkway
Parsippany, NJ 07054

Corporation Service Company,
R/A for Ferring Pharmaceutical Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     February 4, 2022     Signature  /s/ Gini L. Downing _____

Print Name:        Gini L. Downing _____
                   Pachulski Stang Ziehl & Jones LLP
                   10100 Santa Monica Blvd.
                   13th Floor
Business Address:  Los Angeles, CA 90067 _____

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ferring Pharmaceuticals Inc
   Attn: Stacey Antar, General Counsel
   100 Interpace Parkway
   Parsippany, NJ 07054

   9590 9402 3367 7227 2904 82

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6800

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company,
   R/A for Ferring Pharmaceutical Inc.
   251 Little Falls Drive
   Wilmington, DE 19808

   9590 9402 3367 7227 2904 99

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ul Sisof
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt